# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL BAKER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No.: 5:20-cv-06172-BP |
| | ) |
| TGRC THE GATES CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## CLERK'S ORDER OF DISMISSAL

On the 7th day of December 2020, the parties herein having filed a Notice of Voluntary Dismissal Without Prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed without prejudice. Each party to bear its own costs.

                                              AT THE DIRECTION OF THE COURT

                                              Paige Wymore-Wynn, Clerk of Court
                                                    **/s/ Kelly McIlvain**
                                                     Deputy Clerk

Date: December 18, 2020